## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DALLAS SCHWAB and | § | |
| (2) ANDREA SCHWARD | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Case No. |
| (3) AMERICAN STRATEGIC | § | |
| INSURANCE CORPORATION | § | |
| *Defendant.* | § | |

### NOTICE OF REMOVAL

COMES NOW Defendant American Strategic Insurance Corporation, ("Defendant"), and, pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action Case No. CJ-2025-06920, *Dallas Schwab and Andrea Schward v. American Strategic Insurance Corporation*, in the District of Oklahoma County. In support of this Notice of Removal, Defendant states as follows:

1. Plaintiffs Dallas Schwab and Andrea Schwab ("Plaintiffs") commenced the captioned action by filing the Petition on September 23, 2025, in the District Court of Oklahoma (the "Petition"). [*See* Exhibit "3" attached hereto and incorporated herein by reference as if set forth verbatim, that being a true and correct copy of the *Petition* in Case No. CJ-2025-06920, *Dallas Schwab and Andrea Schward v. American Strategic Insurance Corporation*, District Court of Oklahoma County].

2. A copy of all process, pleadings, orders, and the docket sheet in the state court action are filed herewith. [*See* Index of Matters Being Filed]:

   a. Civil Cover Sheet;

   b. Oklahoma County Docket Sheet;

   c. Plaintiffs' Entry of Appearance;

   d. Petition

     e.   Summons Return, Served;

     f.   Defendant's Entry of Appearance

3.   The Petition alleges that Plaintiffs own property in Oklahoma County, Oklahoma. [*Petition*, Ex. 3, at ¶ 2]. The Petition alleges that the property was insured with Defendant when it was damaged by a wind/hailstorm September 24, 2024. [*Id.* at ¶ 4]. The Petition further alleges that Plaintiffs submitted a claim for the damage to Defendant, Defendant investigated, and underpaid the claim. [*Id.* at ¶ 8].

4.   Plaintiffs alleged that Defendant breached the contract and unreasonably failed/refused to pay the all benefits owed on the claim. [*Id.* at ¶¶ 13-20].

5.   Defendant does not admit the underlying facts as alleged by Plaintiffs or as summarized above.  Further, Defendant expressly denies that it has any liability to Plaintiffs.

**A.**
**THIS REMOVAL IS TIMELY.**

6.   Plaintiffs served Defendant via the Oklahoma Insurance Department, which notified Defendant of the suit on September 25, 2025. [*See* Exhibit "1" attached hereto and incorporated herein by reference as if set forth verbatim, that being a true and correct copy of the September 25, 2025 letter from the Oklahoma Insurance Department transmitting the Petition and Summons to Defendant]. Defendant received the notice from the Insurance Department on September 30, 2025.

7.   This Notice of Removal is filed within 30 days of "receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable" and is therefore timely under 28 U.S.C. § 1446(b)(3). *See Denny v. Illinois Nat. Ins. Co.*, No. 10-CV-0676-CVE-TLW, 2010 WL 5141656, at *5 (N.D. Okla. Dec. 13, 2010) (holding that "[i]t is the actual receipt by the defendant [of service] that controls for purposes of § 1446(b)" rather

2

than receipt of the same by the Insurance Commissioner); *Brown v. Rock Ridge Ins. Co.*, No. 24-CV-771-D, 2024 WL 4492054, at *3 (W.D. Okla. Oct. 15, 2024) (same).

**B.**
**THE COURT HAS SUBJECT MATTER JURISDICTION**

8. Removal is proper because there is complete diversity between the parties and more than $75,000 are pled as damages. 28 U.S.C. § 1332(a).

**1.**
**There is complete diversity of citizenship between the parties.**

9. The Petition avers that Plaintiffs reside in Oklahoma County. [Petition, Ex. 3, at ¶ 2]. Upon information and belief, Plaintiffs are citizens of the State of Oklahoma.

10. The Petition does not allege Defendant's domicile or principal place of business, but only states that Defendant is "incorporated in a state other than Oklahoma."  [*Id.* at ¶ 3]. Defendant avers that it is domiciled in Indiana with its principal place of business in Florida.  Accordingly, Defendant is a citizen of Indiana and Florida.

**2.**
**There is more than $75,000.00 in controversy.**

11. Pursuant to Okla. Stat. tit. 12, § 2008(A)(2), Plaintiffs alleged that they "have been damaged in an amount greater than $75,000.00." [*Id.* at ¶ 17]. The amount in controversy can be established by a plaintiff's allegation that the amount in controversy exceeds $75,000. *Whitham v. Progressive N. Ins. Co.*, No. 19-CV-0055-CVE-FHM, 2019 WL 1058152, at *1 (N.D. Okla. Mar. 6, 2019), citing *McPhail v. Deere & Co.*, 529 F.3d 947, 954 (10th Cir. 2008).

12. Accordingly, the amount in controversy exceeds $75,000, excluding interests and costs. 28 U.S.C. § 1332(a).

**C.**
**VENUE IS PROPER IN THIS COURT.**

13. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this District.

14. For these reasons, Defendant asks this Court to remove the suit to the United States District Court for the Western District of Oklahoma.

**REMOVAL PROCEDURE**

15. The Clerk of Oklahoma County has been provided notice of this removal.

16. Pursuant to Rule 81, copies of the following documents are attached:

    a.      All executed process in the state court case;

    b.      Pleadings asserting causes of action and all answers to such pleadings;

    c.      An index of matters being filed; and

    d.      A list of all counsel of record, including addresses, telephone numbers, and parties represented.

    WHEREFORE, Defendant American Strategic Insurance Corporation provides notice that this action is duly removed.

*[signature on following page]*

4

Dated: October 24, 2025

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD, A LAW CORPORATION

*/s/ Carin L. Marcussen*
Carin L. Marcussen, OBA #19869
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile: (713) 222-1996
Email:      cmarcussen@lawla.com

ATTORNEY FOR DEFENDANT
AMERICAN STRATEGIC INSURANCE
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, the foregoing was submitted to the Clerk of the Court using the Court's ECF System for filing and for transmittal of Notice of Electronic Filing to all counsel of records in this case:

Gerard F. Pignato
jerry@ryanwhaley.com
Matthew C. Kane
mkane@ryanwhaley.com
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104

-and-

Nicholas Elliot
nelliott@yglaw.com
YLLA GOSNEY
1010 S. Santa Fe, Suite 100
Moore, Oklahoma 73160

*/s/ Carin L. Marcussen*
Carin L. Marcussen, OBA #19869